UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES ERIC FINIAS,

    Petitioner,

        v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:19-cv-00142-LRH-CBC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 14)**

In this habeas corpus action, the petitioner, James Eric Finias, represented by appointed counsel, was due to file an amended habeas petition by July 15, 2019. *See* Order entered July 8, 2019 (ECF No. 13).

On July 15, 2019, Finias filed a motion for extension of time (ECF No. 14), requesting a 60-day extension of time, to September 13, 2019, to file his amended petition. Finias' counsel states that the extension of time is necessary because of ongoing investigation and time away from his office. This would be the first extension of this deadline. The respondents do not oppose the motion for extension of time.

The Court finds that Finias' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No.14) is **GRANTED**. Petitioner will have until and including **September 13, 2019**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2019 (ECF No. 9) will remain in effect.

DATED this 18th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1