# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES ERIC FINIAS,

    Petitioner,

      v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:19-cv-00142-LRH-CBC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 16)**

    In this habeas corpus action, after a 60-day extension of time, the petitioner, James Eric Finias, represented by appointed counsel, was due to file an amended habeas petition by September 13, 2019. *See* Order entered July 8, 2019 (ECF No. 13); Order entered July 18, 2019 (ECF No. 15).

    On September 13, 2019, Finias filed a motion for extension of time (ECF No. 16), requesting a second extension of time, another 60 days, to November 12, 2019. Finias' counsel states that the extension of time is necessary because of ongoing investigation and his need to meet with his client. The respondents do not oppose the motion for extension of time.

The Court finds that Finias' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 16) is **GRANTED**. Petitioner will have until and including **November 12, 2019**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2019 (ECF No. 9) will remain in effect.

DATED this 16th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE