# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES ERIC FINIAS,

    Petitioner,

v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:19-cv-00142-LRH-CBC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 19)**

    In this habeas corpus action, after two 60-day extensions of time, the petitioner, James Eric Finias, represented by appointed counsel, was due to file an amended habeas petition by November 12, 2019. *See* Order entered July 8, 2019 (ECF No. 13); Order entered July 18, 2019 (ECF No. 15); Order entered September 16, 2019 (ECF No. 17).

    On November 12, 2019, Finias filed a motion for extension of time (ECF No. 19), requesting a third extension of time, of 62 days, to January 13, 2020. Finias' counsel states that the extension of time is necessary because of the ongoing investigation. The respondents do not oppose the motion for extension of time.

    The Court finds that Finias' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 19) is **GRANTED**. Petitioner will have until and including **January 13, 2020**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2019 (ECF No. 9) will remain in effect.

DATED this 13th day of November, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE