# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES ERIC FINIAS,

    Petitioner,

    v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:19-cv-00142-LRH-CLB

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 21)**

In this habeas corpus action, after two 60-day extensions and a 62-day extension, the petitioner, James Eric Finias, represented by appointed counsel, was due to file an amended habeas petition by January 13, 2020. *See* Order entered July 8, 2019 (ECF No. 13); Order entered July 18, 2019 (ECF No. 15); Order entered September 16, 2019 (ECF No. 17); Order entered November 13, 2019 (ECF No. 20).

On January 13, 2020, Finias filed a motion for extension of time (ECF No. 21), requesting a fourth extension of time, of 25 days, to February 7, 2020. Finias' counsel states that the extension of time is necessary because of the ongoing investigation and his obligations in other cases. The respondents do not oppose the motion for extension of time.

The Court finds that Finias' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

The Court will grant the requested extension of time. However, considering the amount of time that counsel will have had to prepare the amended petition (almost 10 months since counsel's appearance), the Court will not look favorably upon any further motion to extend this deadline.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 21) is **GRANTED**. Petitioner will have until and including **February 7, 2020**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2019 (ECF No. 9) will remain in effect.

DATED this 14th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE