# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES ERIC FINIAS,

    Petitioner,

    v.

RENEE BAKER, *et al.*,

    Respondents.

Case No. 3:19-cv-00142-LRH-CLB

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME
(ECF NO. 33)**

In this habeas corpus action, the petitioner, James Eric Finias, represented by appointed counsel, filed an amended habeas petition on February 11, 2020 (ECF No. 25). After a 58-day extension of time, Respondents were due to respond to the amended petition by June 9, 2020. *See* Order filed April 15, 2019 (ECF No. 9) (60 days for response); Order entered April 8, 2020 (ECF No. 30) (58-day extension of time).

On June 9, 2020, Respondents filed a motion for extension of time (ECF No. 33), requesting a further extension of time of 30 days, to July 9, 2020, to file their response to the amended petition. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic. The petitioner does not oppose the motion for extension of time.

///

///

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 33) is **GRANTED**. Respondents will have until and including **July 9, 2020,** to file a response to the amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2019 (ECF No. 9) will remain in effect.

DATED THIS 9th day of June, 2020.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE