# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ERIC FINIAS,<br><br>    Petitioner,<br><br>v.<br><br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:19-cv-00142-LRH-CLB<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 60)** |

    In this habeas corpus action, the petitioner, James Eric Finias, represented by appointed counsel, filed an amended habeas petition on February 11, 2020 (ECF No. 25). Respondents filed an answer on July 9, 2020 (ECF No. 35). Finias' reply was then due on August 24, 2020. *See* Order entered April 16, 2019 (ECF No. 9).

    On August 24, 2020, Finias filed a motion for extension of time (ECF No. 60), requesting an extension of time to November 23, 2020—a 91-day extension—to file his reply. Finias' counsel states that the extension of time is necessary because she is relatively new to this case, and because of delays caused by the COVID-19 pandemic. The respondents do not oppose the motion for extension of time.

///

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Extend Time (ECF No. 60) is **GRANTED**. Petitioner will have until and including **November 23, 2020**, to file a reply to Respondents' answer.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 16, 2019 (ECF No. 9) will remain in effect.

DATED this 24th day of August, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE